## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

Time in Court: 45 min

CASE NUMBER: 11-20648-CR   DATE: October 17, 2011

COURTROOM CLERK: Karen Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Portuguese

UNITED STATES OF AMERICA  VS  Amber Viera

U.S. ATTORNEY: Adam Fels   DEFT. COUNSEL: Marzo Moss & David Maclin

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty Plea to Count 1. Deft requests expedited Presentence Report & sentencing date. No objection from Gvt. Court requests Probation to do so if possible. Gvt agrees to dismiss Counts 3 & 4 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 11/31/11  TIME: 1:15  FOR: Sentencing

MISC: Written plea agreement filed - written factual proffer filed -