TIME IN COURT: 2 hours
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA              CASE NO. 11-20648-CR-WPD

vs.

Jenifer Viera

SENTENCING MINUTES

DATE: November 21, 2011                Court Reporter: Robert Ryckoff
AUSA: Adam Fels                        Defense Counsel: David Markus & Margo Moss
Interpreter: Portuguese                Deputy Clerk: Nea Cutter

____ Deft. Failed to Appear. Warrant to Issue. Bond Forfeited.

____ Sentencing continued to ___/___/___ at _____ am/pm

JUDGMENT AND SENTENCE

Imprisonment: _____ Months _____ Counts
1 year + 1 day

Supervised Release: 3 years

Conditions of Supervised Release: ___ Maintain Employment ✓ Search of Property
✓ Deportation  ✓ ~~Drug/Alcohol~~ mental health Treatment ✓ Financial Disclosure ✓ No new debt
___ No self-employment without permission ___ Occupational Restriction
___ Computer restriction ___ Home Detention with/without Electronic Monitoring

Other _____
Assessment $100.00  Fine None  Restitution _____
Remaining Counts Dismissed on Government Motion: ✓
✓ Defendant advised of right to appeal.
___ Deft remanded to U.S. Marshal ___ Released on Bond pending Appeal
___ Deft to voluntary surrender to ___ designated institution or ___ Office of the U.S. Marshal
On or before _____
Recommendations to the Bureau of Prisons: South Florida facility